```
                                              FILED
                                              February 16, 2017
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16CR00124-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| GAGIK NERSESYAN, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   **GAGIK NERSESYAN**   , Case No. **2:16CR00124-KJM** , Charge   **26USC § 5861(d), 26USC § 5872**   , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

    ✔   Unsecured Appearance Bond $**25,000.00**

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other)   **Pretrial conditions as stated on the record.**

The defendant's release shall be delayed until 2/17/2017 at 9:00 a.m.

Issued at   **Sacramento, CA**   on   **February 16, 2017**   at   **8:45 am**   .

By   /s/ Allison Claire/s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court