WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
GAGIK NERSESYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-00124-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| GAGIK NERSESYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

 With the Court's permission, plaintiff United States of America, by and through its

counsel, Assistant United States Attorney Justin Lee, and defendant Gagik Nersesyan, by and

through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and

Sentencing, now set for April 17, 2017, at 9:00 a.m. be continued to June 12, 2017 at 9:00 a.m.

and that the following schedule for disclosure of the Pre-Sentence Report and the filing of

objections be adopted:

 Judgment and Sentencing Date: June 12, 2017

 Reply or Statement of Non-Opposition: May 29, 2017

 Motion for Correction of the Pre-Sentence Report
 shall be filed with the court and served on the
 Probation Officer and Opposing Counsel: May 22, 2017

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
2:16-CR-00124-WBS

**IT IS SO STIPULATED.**

Dated:  March 27, 2017                    */s/ William J. Portanova*

                                          _____
                                          WILLIAM J. PORTANOVA
                                          Attorney for Defendant
                                          GAGIK NERSESYAN


Dated:  March 27, 2017                    */s/ Justin Lee*

                                          _____
                                          JUSTIN LEE
                                          Assistant United States Attorney


**IT IS SO ORDERED.**


Dated:  March 27, 2017

                                          _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
2:16-CR-00124-WBS