**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date - Notice of Death**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Docket No:   0972 2:16CR00124-001** |
| | ) | |
| **GAGIK NERSESYAN** | ) | |
| | ) | |

On June 26, 2017, the above-named was sentenced to 18 months custody with the Bureau of Prisons followed by a term of Supervised Release for a period of 36 months for a violation of 26 USC 5861(d)- Unlawful Possession of an Unregistered Firearm.  Supervision commenced on October 12, 2017.

On March 8, 2018, this office was notified by the offender's daughter that Gagik Nersesyan had passed away during surgery on February 16, 2018.  Mr. Nersesyan's death was confirmed by receipt of his death certificate (copy of the notification is on file).  Accordingly, it is recommended this case be closed.

Respectfully submitted,

/s/Paul Mamaril
Paul Mamaril
United States Probation Officer

Dated:   May 11, 2018
Sacramento, California

1

**Re:     Gagik Nersesyan**
**Docket No:     0972 2:16CR00124-001**
**Report and Order Terminating**
**Prior To Original Expiration Date - Notice of Death**

Toni M Ortiz

**REVIEWED BY:     Toni M. Ortiz**
**Supervising United States Probation Officer**

2

**Re:    Gagik Nersesyan**
**        Docket No:    0972 2:16CR00124-001**
**        Report and Order Terminating**
**        <u>Prior To Original Expiration Date - Notice of Death</u>**

---

## ORDER OF COURT

It appearing that Gagik Nersesyan is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated:   May 11, 2018

_(signature)_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

(Notification copy on file)

CC:    AUSA – Brian A. Fogerty
        FLU Unit - United States Attorney's Office (victim notification and/or offender estate)
        Fiscal Clerk - Clerk's Office

Rev. 12/2017
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).DOTX